# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3140
_____

NED HANNER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Lafayette County.
Darren K. Jackson, Judge.

August 14, 2019


PER CURIAM.

AFFIRMED.

RAY, C.J., ROBERTS, J., and SHARRIT, MICHAEL S., ASSOCIATE JUDGE, concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ned Hanner, pro se, Appellant.

Ashley Moody, Attorney General, and Tabitha Rae Herrera, Assistant Attorney General, Tallahassee, for Appellee.